1

2

3

# UNITED STATES DISTRICT COURT

4

EASTERN DISTRICT OF CALIFORNIA

5

| | |
|---|---|
| VICTOR MANUEL RIOS, | Case No. 1:22-cv-01509-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| | (Doc. 2) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

6

7

8

9

10

11

12

13       Plaintiff Victor Manuel Rios filed a complaint on November 21, 2022, along with an

14   application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's

15   application demonstrates entitlement to proceed without prepayment of fees.

16       Accordingly, IT IS HEREBY ORDERED that:

17       1.       Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

18       2.       The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms,

19               and the Scheduling Order.  Service on the defendant shall proceed under the Court's

20               E-Service program as follows: once a summons is issued, the Clerk of Court shall

21               deliver to the Commissioner of Social Security Administration and the United States

22               Attorney's Office at their designated email addresses, a notice of electronic filing of

23               the action along with the summons and complaint.

24

25   IT IS SO ORDERED.

26   Dated:   **November 22, 2022**                    /s/ *Sheila K. Oberto*

27                                                     UNITED STATES MAGISTRATE JUDGE

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28